IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ANZONI QUEZADA-BARAJAS, § § | |
| Petitioner, § § | |
| v. § | CAUSE NO. EP-26-CV-166-KC |
| § § | |
| PAMELA BONDI et al., § § | |
| Respondents. § | |

## FINAL JUDGMENT

On this day, the Court considered the case. On February 4, 2026, the Court granted in part Quezada-Barajas's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. *See* Feb. 4, 2026, Order 2, ECF No. 5. On February 11, 2026, Respondents filed a Status Report, ECF No. 6, stating that Quezada-Barajas was denied bond because an IJ found that he presented a flight risk. *Id.* Ex. A ("IJ Order"), ECF No. 6-1.

Thereafter, Quezada-Barajas filed his Motion for Immediate Release ("Motion"), ECF No. 7, arguing that he did not receive a constitutionally adequate bond hearing and stating that his counsel "was not notified of the bond hearing . . . and, therefore, was not present for it." Mot. 4 n. 2. Thus, the Court ordered Respondents to file a response addressing Quezada-Barajas's Motion. Feb. 14, 2026, Order, ECF No. 8. Respondents have now filed a Response, ECF No. 9, stating that although Ms. Scobie, Quezada-Barajas's counsel in this matter, did not receive notice of the hearing, another attorney, Mr. Abualhayjaa, who was listed as Quezada-

Barajas's immigration counsel in the immigration court, received notice and appeared at the hearing.  *Id.* at 3.  Based on the foregoing, it appears that Quezada-Barajas received a constitutionally adequate hearing.  *See* Feb. 4, 2026, Order; *see also* Feb. 14, 2026, Order.  Therefore, no matters remain pending for the Court's consideration.  *See generally* Pet., ECF No. 1; Feb. 4, 2026, Order; Feb. 14, 2026, Order.

Accordingly, the Motion, ECF No. 7, is **DENIED**.

**The Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 21st day of February, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE